# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **J.R. HURD; SARA SMITH HURD; PATRICIA HURD MCGREGOR; VICTORIA HURD GOEBEL; DAVID W. KILLAM; ADRIAN KATHLEEN KILLAM; TRACY LEIGH KILLAM-DILEO; and KILLAM OIL COMPANY, LTD.** | **PLAINTIFFS** |
| v. | Case No. 4:21-cv-01207-LPR |
| **FLYWHEEL ENERGY PRODUCTION, LLC** | **DEFENDANT** |

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant on all claims brought against it in this case.

IT IS SO ADJUDGED this 24th day of October 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE